UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 19-00122-R (SHK) | Date: | December 5, 2019 |
|---|---|---|---|

Title: *Melody Thompson v. Riverside County of Sheriff Department, et. al.*

---

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):** ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER

The operative complaint in this action is Plaintiff's First Amended Complaint ("FAC") which was filed on June 4, 2019. Electronic Case Filing Number ("ECF No.") 17, FAC. On June 27, 2019, Defendant Riverside County Sheriff Department filed an answer, ECF No. 22, Answer to FAC. On July 2, 2019, the Court issued its Case Management and Scheduling Order ("CMO"), where it ordered the parties were to file their status report no later than November 28, 2019. ECF No. 23, CMO. To date, Plaintiff has not filed her status report.

Accordingly, on or before **December 17, 2019**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the complaint should not be dismissed without prejudice for failure to prosecute; or file her status report.

The Court advises Plaintiff that failure to comply with the Court's CMO or before December 17, 2019, will result in the Magistrate Judge recommending that the matter be dismissed, without prejudice, for failure to prosecute.

**IT IS SO ORDERED.**