Pro Se
Melody Thompson
3249 Mountain Street
Lake Elsinore, CA 92530

UNITED STATES DISTRICT COURT

CENTRAL COURT OF CALIFORNIA

Melody Thompson,                        ) CASE NO.: EDCV19-00122AB(SHK)
                                        )
                 Plaintiff,             )
                                        ) **APPLICATION FOR ENTRY OF**
vs.                                     ) **DEFAULT AGAINST: OFFICER**
                                        ) **MOON, as an individual**
                                        )
COUNTY OF RIVERSIDE,                    )
                                        )
RIVERSIDE COUNTY SHERIFF                )

DEPARTMENT,SHERIFF CHAD BIANCO,

in his official capacity,

OFFICER MOON, as an individual,

and Does 1-50

                 Defendant
_____

    To the Clerk of the United States District Court for the

Central District of California:


    As provided by Rule 55 of the Federal Rules of Civil

Procedure, Plaintiff, [Melody Thompson], request that the Clerk

ENTRY OF DEFAULT-MOON

1  enter the default of the following Defendant for failure to

2  plead or otherwise defend against this action in a timely

3  manner:

4  Officer Moon, as an individual

5

6      1) As evidenced by the proof of service on file with this

7  Court, the above named Defendant was served pursuant to Rule 4

8  of the Federal Rules of Civil Procedure on JULY 03, 2020.

9      2) The applicable time limit for the above-named Defendant

10 to appear or otherwise respond appropriately to this action

11 expired on July 23, 2020.

12

13

14   The above-named Defendant have failed to plead or

15 otherwise respond to the complaint properly per rules of

16 civil procedural Rule 12.

17 (a) TIME TO SERVE A RESPONSIVE PLEADING.

18    (1) *In General.* Unless another time is specified by this

19    rule or a federal statute, the time for serving a

20    responsive pleading is as follows:

21      (A) A defendant must serve an answer:

22        (i) within 21 days after being served with the

23        summons and complaint; or

24        (ii) if it has timely waived service under Rule 4(d),

25        within 60 days after the request for a waiver was

26        sent, or within 90 days after it was sent to the

27        defendant outside any judicial district of the

28                    ENTRY OF DEFAULT-MOON

1      United States.

2   The defendant should know or should have known there was

3   pending litigation against her. Officer Moon's prior employer

4   and co-workers are being sued because of her initial actions and

5   the cultural of the Sheriff's Department; A person over 18 years

6   of age attempted to serve Officer Moon in January of 2019;  A

7   process server was hired to investigate, find and serve officer

8

9   Moon in April of 2019 but to no avail;  The plaintiff asked

10  leave of court to publish to give constructive notice on two

11  different occasions, JULY 08, 2019 and July 03, 2020; Much time

12  and expense was expended in good faith to give Officer Moon

13  notice of the pending lawsuit.

14  More recently, the completion of the process of service was

15  nearing consumation and consequently Officer Moon surfaced.

16  Although, this sudden appearance of Officer Moon was

17  disingenuous, the most disturbing element was the attempt of the

18  defendant's counsel to bypass or otherwise plead and respond to

19  the complaint, to avoid discovery and join Officer Moon at the

20  summary of the pleadings and summary of judgment stage.

21  Rule 19 (a) Persons who may join or be joined.

22   Joinder is inappropriate as Officer Moon was named as an

23  individual on the face of the complaint.  She is the main

24

25  defendant. She wasn't an omitted person. She purposely avoided

26

27

28                          ENTRY OF DEFAULT-MOON

1  service until default was eminent. Please see defense's

2  admission that Officer Moon could be reached if necessary.

3

4  "Defense counsel does not currently represent Deputy Moon and has had no

5  contact with Deputy Moon. Deputy Moon retired from the County several years

6

7  ago and is believed to no longer reside in the State of California. However, it is

8  possible that Deputy Moon may request representation in the future and Defendant

9

10 would likely be required to provide such representation." In the future

11 **became**-- when default was eminent.

12

13 She is the person that committed the actual false arrest and was

14 involved in additional felonies against the plaintiff.  The

15 defense has attempted to bypass due process of law by

16 manipulating the rules of civil procedure.  This type of

17 unethical and unscrupulous behavior is bordering fraud upon the

18 court, "Fraud upon the court" has been defined by the 7th

19

20 Circuit Court of Appeals to "embrace that species of fraud which

21 does, or attempts to, defile the court itself, or is a fraud

22 perpetrated by officers of the court so that the judicial

23 machinery cannot perform in the usual manner its impartial task

24 of adjudging cases. " By allowing the plaintiff to join the

25 lawsuit at this stage in the lawsuit, it would highly prejudice

26 the plaintiff, And would be a grave miscarriage of justice.

27

28
                         ENTRY OF DEFAULT-MOON

Therefore, since Officer Moon did not find it important to participate in the lawsuit in timely manner, I request default judgment, as this is the only equitable solution for avoidance of service of process for one year and a half.

This request is based on the attached Declaration of Plaintiff.

Respectfully submitted,

Dated: July 24, 2020                              By: *Melody Thompson*

Melody Thompson

Plaintiff Pro Per

///

ENTRY OF DEFAULT-MOON