1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  MELODY THOMPSON,                              Case No. 5:19-cv-00122-AB (SHK)
12                          Plaintiff,
                                                  **ORDER ACCEPTING FINDINGS**
13            v.                                  **AND RECOMMENDATION OF**
                                                  **UNITED STATES MAGISTRATE**
14                                                **JUDGE**
15  RIVERSIDE COUNTY SHERIFF
16  DEPARTMENT, et al.,
17
18                          Defendants.
19
20
21        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
22  Complaint ("FAC"), the Motion for Summary Judgment ("MSJ"), the Motion for
23  Judgment on the Pleadings ("MJP"), the relevant records on file, and the Report
24  and Recommendation of the United States Magistrate Judge.  The Court has
25  engaged in de novo review of those portions of the Report to which Defendants
26  have objected.  The Court accepts the findings and recommendation of the
27  Magistrate Judge.
28  / / /

1      IT IS THEREFORE ORDERED that:

2  1) The MSJ is GRANTED in part and DENIED in part.  Specifically,

3      Plaintiff's state law based third, fourth, fifth, and sixth causes of action

4      against Riverside County ("County"), the Riverside County Sheriff's

5      Department ("RCSD"), and RCSD Officer Heather Moon ("Officer Moon")

6      are DISMISSED with prejudice, and Riverside County Sheriff Chad Bianco

7      ("Sheriff Bianco") and Does 1-50 are DISMISSED from this action.

8      However, the MSJ is DENIED without prejudice insofar as Defendants seek

9      to dismiss Plaintiff's First and Fourth Amendment claims against Officer

10      Moon;

11  2) The MJP is DENIED as moot as to the County, Sheriff Bianco, and the Doe

12      Defendants, and DENIED as to Officer Moon.

Dated: November 08, 2022

_____
HONORABLE ANDRE BIROTTE JR.
United States District Judge

2