UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY THOMPSON,<br><br>                Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>                Defendants. | Case No: 5:19-cv-00122-AB-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative complaint, the summary judgment briefing, relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Plaintiff belatedly filed objections to the R&R ("Objections") one day after the deadline to file objections. ECF No. 148, Objections. Defendant filed a reply to the Objections ("Reply to Objections") as well. ECF No. 149, Reply to Objections. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS THEREFORE ORDERED Defendant's Motion for Summary
2 Judgment be GRANTED and that Judgment be entered DISMISSING this action
3 with prejudice.

Dated: January 10, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge