JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY THOMPSON, | Case No. 5:19-cv-00122-AB-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this case is DISMISSED with prejudice.

Dated: January 10, 2024

_____
HON. ANDRE BIROTTE JR.
United States District Judge